UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. EFRAIN RUIZ-GOMEZ          Docket Number : 08-cr-00019-EWN-01

**Petition for Violation of Conditions While on Supervised Release**

      COMES NOW, Andrea L. Bell, probation officer of the court, presenting an official report upon the conduct and attitude of Efrain Ruiz-Gomez who was placed on supervision by the Honorable Joseph F. Bataillon sitting in the court at Omaha, Nebraska, on the 22nd day of January 2002, who fixed the period of supervision at five (5) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. Defendant shall be subject to the search of the defendant's premises, vehicle or person, day or night, with or without a warrant, at the request of the U.S. Probation Officer to determine the presence of alcohol and/or controlled substances, firearms or any other contraband. Any such items found may be seized by the U.S. Probation Officer. This condition may be invoked with or without the cooperation of law enforcement officers.

2. Defendant shall comply with all rules and regulations of the Immigration and Naturalization Service and, if deported, shall not re-enter the United States or reside therein without the written permission of the Attorney General of the United States or such attorney's designee.

3. Defendant shall provide the U.S. Probation Officer with access to any requested financial information.

4. The requirement of 18 U.S.C. § 3583(d) [i.e. that the defendant submit to a drug test within fifteen (15) days of release on supervised release and to at least two (2) periodic drug tests thereafter], is suspended until further order of the court because it appears the defendant will be deported.

5. Defendant shall report to the Supervision Unit of the U.S. Probation Office for the District of Nebraska between the hours of 8:00 a.m. to 4:30 p.m., 111 South 18th Plaza, Suite C79, Omaha, Nebraska, (402) 661-7555, within seventy-two (72) hours of release from confinement or return to the United States.

On January 15, 2008, jurisdiction was transferred from the District of Nebraska to the District of Colorado, and redesignated Docket No. 08-cr-00019-EWN-01.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

See attachment hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER that the supervised release violation in Docket No. 08-cr-00019-EWN-01 and the pending sentencing in Docket No. 07-cr-00369-EWN-01 be scheduled for a consolidated hearing on February 1, 2008, at 3:15 p.m.

      ORDER OF THE COURT

| | |
|---|---|
| Considered and ordered this 24th day of January 2008, and ordered filed and made a part of the record in the above case. | I declare under penalty of perjury that the foregoing is true and correct. |
| | s/Andrea L. Bell |
| | Andrea L. Bell |
| | Probation Officer |
| s/ Edward W. Nottingham | |
| Edward W. Nottingham | Place: Denver, Colorado |
| Chief U.S. District Judge | Date: January 22, 2008 |

# ATTACHMENT

On January 22, 2002, the defendant was sentenced in the U.S. District Court, Omaha, Nebraska, following his conviction of Conspiracy to Possess with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 846, and and Forfeiture, in violation of 21 U.S.C. § 853. A sentence of one hundred twenty (120) months imprisonment and five (5) years supervised release was imposed with a special condition prohibiting the defendant from illegally re-entering the United States. This sentence was later reduced to forty (40) months imprisonment on September 20, 2002.

On January 22, 2002, the special conditions of supervised release were read to the defendant while in open court, at the time of sentencing. In addition, the defendant received a copy of the judgment prepared in this matter, which is referenced in an acknowledgment that "the defendant was returned from writ on the 22nd day of January 2003, to FCI Waseca, MN, with certified copy of this judgment."

The defendant was released to his five (5) year term of supervised release on October 3, 2003.

The defendant has committed the following violations of supervised release:

1) **VIOLATION OF LAW:**

   On or about August 16, 2007, the defendant committed the offense of Unlawful Re-entry of a Deported Alien Subsequent to an Aggravated Felony Conviction, a Class C felony, in violation of 8 U.S.C. § 1326(a) and (b)(2), which constitutes a Grade B violation of supervised release:

   This charge is based on the following:

   On August 16, 2007, the defendant was found during a search for another fugitive alien at a marble/granite company in Glenwood Springs, Colorado. On that date, the defendant was interviewed and admitted to being removed/deported from the United States on or about September 2005, admitted being a citizen and national of Mexico, and admitted re-entering the United States on or about October 2005, without inspection.

   The defendant was charged with the above offense in U.S. District Court, Denver, Colorado, Docket No. 07-cr-00369-EWN-01. The plea agreement stipulates that the defendant was deported from the United States through Calexico, California, on September 13, 2005. The defendant returned to the United States in October 2005, without permission of the United States government. The defendant did not apply for re-admission to the United States and neither the Attorney General, the Secretary of Homeland Security nor any other authorized official of the United States expressly consented to the defendant's re-application for admission to the United States, nor his re-entry to the United States.

2) **IF DEPORTED, THE DEFENDANT SHALL NOT ILLEGALLY RE-ENTER THE UNITED STATES:**

   On or about August 29, 2005, and August 16, 2007, the defendant committed a violation of supervised release by being found in the United States without the consent of the Attorney General of the United States, which constitutes a Grade C violation of supervised release:

   This charge is based on the following:

The defendant was originally sentenced in the District of Nebraska on January 22, 2002, following his conviction for Conspiracy to Possess with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 846, and Forfeiture, in violation of 21 U.S.C. § 853. After a sentence reduction, the court imposed a sentence of forty (40) months imprisonment and five (5) years supervised release was imposed. A special condition expressly prohibiting the defendant from illegally re-entering the United States during the term of supervised release was imposed as Special Condition No. 2.

The defendant completed his term of imprisonment on October 3, 2003, and was released to immigration authorities. His supervised release was activated on that date.

On or about October 9, 2003, the defendant was deported from the United States through Laredo, Texas. Thereafter, the defendant was found to be illegally in the United States on two occasions; specifically, August 29, 2005, and August 16, 2007.

Bureau of Immigration and Customs Enforcement records confirm the defendant was arrested in California on August 29, 2005, and prosecution was declined. The defendant was deported at Calexico, California, on September 13, 2005.

On August 16, 2007, the defendant was arrested in Glenwood Springs, Colorado, which forms the basis for the law violation alleged above.